**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Y.H., a minor by and through his next
friend H.H., et al.,

                Plaintiffs,

    -against-

MELISSA AVILES-RAMOS, Chancellor
of the New York City Department of
Education, in her official capacity, et al.,

              Defendants.

---

No. 25-cv-4217-JPO

**Notice of**
**Defendants' Motion to Dismiss**

**PLEASE TAKE NOTICE** that Defendants, upon the accompanying memorandum of law and declaration in support, and all prior pleadings and filings, move this Court, before the Honorable J. Paul Oetken, at the U.S. Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, for an Order:

1.      Dismissing the Complaint (ECF No. 1) with prejudice under Federal Rule of Civil Procedure 12(b)(6); and

2.      For any further relief the Court deems just and proper.

Dated: New York, New York
      August 12, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendants*

By:  /s/ Nicholas R. Tambone
     Nicholas R. Tambone
     Assistant Corporation Counsel
100 Church Street
New York, NY 10007
Tel. (212) 356-8767
ntambone@law.nyc.gov

1