**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Y.H., et al.,

                        Plaintiff,

      -against-                            25 **CIVIL** 4217 (JPO)

                                                     **JUDGMENT**

MELISSA AVILES-RAMOS, et al.,

                       Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 2, 2026, Defendants' motion to dismiss pursuant to Rule 12(b)(6) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 4, 2026

                                       **TAMMI M. HELLWIG**
                                       _____

                                         **Clerk of Court**

              **BY:**             K. mango

                                       _____
                                         **Deputy Clerk**