UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Y.H.., a minor by and through her next friend H.H.,
Y.P., a minor by and through his next friend R.F.,
H.C., a minor by and through her next friend N.T.,

                        Plaintiffs,

    v.

MELISSA AVILES-RAMOS, Chancellor of the
New York City Department of Education, in her
official capacity, the NEW YORK CITY
DEPARTMENT OF EDUCATION,
the CITY OF NEW YORK,

                        Defendants.
-----------------------------------------------------------------X

No. 25-CV-04217 (JPO)

NOTICE OF APPEAL

       Notice is hereby given that Y.H.., a minor by and through her next friend H.H., Y.P., a minor by and through his next friend R.F., and H.C., a minor by and through her next friend N.T, hereby appeal to the United States Court of Appeals for the Second Circuit from the order dated February 2, 2026, and the judgment entered on February 4, 2026, dismissing all of the claims in plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: March 4, 2026

                                                            By: _____
                                                               Christopher D. Lamb
                                                               Bronx Legal Services
                                                               349 E. 149th Street
                                                               Bronx, New York 10451
                                                               (718) 928-3723
                                                               clamb@lsnyc.org